# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CASTILLO CONSTRUCTION AND MANAGEMENT LLC, JOHN CASTILLO, and SOUTHWEST ELITE REAL ESTATE INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PERMIAN RESOURCES CORP. F/K/A CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No. 1:24-cv-00563 |

## Notice of Good Standing for Admission *Pro Hac Vice*

Korey A. Nelson and Christopher A. Dodd hereby certify that Mr. Nelson is an attorney in good standing in the following bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Courts in the State of Louisiana | 10/28/2005 | 30002 |
| All Courts in the State of New York | 07/23/2008 | |
| All Courts in the Territory of the United States Virgin Islands | 11/20/2015 | R2012 |
| United States District Court for the Middle District of Louisiana | 07/12/2016 | |
| United States District Court for the Eastern District of Louisiana | 10/03/2007 | |
| United States District Court for the Western District of Louisiana | 10/29/2007 | |
| United States District Court for the Eastern District of New York | 08/20/2021 | |
| United States Court of Appeals for the 3rd Circuit | 10/05/2022 | |

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States Court of Appeals for the 5th Circuit | 05/04/2018 | |

Mr. Nelson is in good standing in the courts to which he is admitted. He has never been convicted of a felony. He has never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: June 6, 2024

/s/ *Korey A. Nelson*
Korey A. Nelson
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
Fax: (504) 881-1765
knelson@burnscharest.com


Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Ave. NW, Suite 1330
Albuquerque, NM 87102
chris@doddnm.com
505.475.2742

*Attorneys for Plaintiffs and Proposed Class*