## SEATING CHART
## 24–MD–3119 MLG- LF
## In Re: Shale Oil Antitrust Litigation
#### Moton to Intervene

DATE:   Tuesday, July 15, 2025, at 9:30 a.m.

Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter



|  |  |  |  |
|---|---|---|---|
| Daniel Higgins | _Fran Jennings_ |  |  |
| _Billy Trabando_ | _Stephen Medlock_ |  |  |
| _Tom Walsh_ | _Boris Bershteyn_ | _Candice Enders_ |  |
| _Andrew Paik_ |  | _Brian Moore_ | Carmen Medici |
| Nicholas Smith | _Melanie Jack_ | _Karin Swope_ | Patrick Coughlin |
|  | Adam Steinhilber |  | Chris Dodd |

# [BENCH]